
# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:26-cv-01937-CV (KS) | Date February 24, 2026 |
| Title *Harjinder Singh v. U.S. Immigration and Customs Enforcement, et al.* | |

**Present: The Honorable** Cynthia Valenzuela, United States District Judge

| Jessica Cortes | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER RE: EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER [3]**

Having reviewed Petitioner's Ex Parte Application for Temporary Restraining Order (Doc. # 3, "Application"), IT IS ORDERED THAT:

1. Petitioner shall serve a copy of this Order on Respondents forthwith.

2. Respondents shall file their opposition to the Application no later than **February 26, 2026**.

3. Petitioner shall file a reply no later than **February 27, 2026.**

4. Unless the Court orders otherwise, Petitioner's Application will be deemed submitted without oral argument, on either (a) the day the opposition is filed, or due and not filed; or (b) the day any reply to the opposition is filed, or due and not filed. The Court may order further briefing or other proceedings, at any time, as appropriate.

      Respondents shall take no action prior to the Court's ruling on the Application that impairs the ability to afford Petitioner complete relief, unless executing a final order of removal issued against Petitioner.

**IT IS SO ORDERED.**