# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HARJINDER SINGH,**<br>**Petitioner,**<br>**v.**<br>**U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,**<br>**Respondents.** | **NO. 2:26-cv-01937-CV-KS**<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the submissions filed by the parties, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing objections has passed and no objections were filed. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

Accordingly, IT IS ORDERED that: (1) Judgment shall be entered granting the Petition; and (2) a writ of habeas corpus shall issue as follows: Respondents may not re-detain Petitioner without providing him with individualized notice describing the change in circumstances necessitating his arrest and detention, and a pre-deprivation bond hearing before an immigration judge.

DATED: 8/31/26

Cynthia Valenzuela
CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE