**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **HARJINDER SINGH,**<br>**Petitioner,**<br>**v.**<br>**U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,**<br>**Respondents.** | **NO. 2:26-cv-01937-CV-KS**<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge ("Order"), IT IS ADJUDGED that the pending Petition is GRANTED and a writ of habeas corpus shall issue consistent with the terms of the Order.

DATED: 8/31/26

Cynthia Valenzuela
CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE